IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PATRICK COLLINS, INC., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 12-3146 |
| | : | |
| JOHN DOES 1-11, 13-18, and 20-23, | : | |
| Defendants | : | |

## O R D E R

**AND NOW,** this 31st day of January, 2013, upon careful consideration of Defendant John Doe #13's "joint motion to sever defendants and/or quash the subpoena" (Document #6), and the plaintiff's response thereto (Document #7), IT IS HEREBY ORDERED that the motion is DENIED.

**FURTHER**, upon consideration of the plaintiff's second amended motion[1] for extension of time within which to serve the defendants with a summons and complaint (Document #13), it is FURTHER ORDERED that the motion is GRANTED. The plaintiff shall effectuate service of a summons and complaint upon each defendant within thirty days of the date of this Order.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] The plaintiff's original motion for extension to serve (Document #11) and its amended first motion for extension to serve (Document #12) are DENIED as moot.